**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
ZHIMING ZHU,

Plaintiff,

- against -

U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); NEW YORK ASYLUM OFFICE, USCIS; KIKA SCOTT, *in her official capacity*; KRISTI NOEM, TED H. KIM, MAT VERGHESE, KASH PATEL, *in their official capacity*,

Defendants.
---------------------------------------------------------X

**JUDGMENT**
CV 25-2250 (GRB) (ST)

An Order Adopting Report and Recommendations of Honorable Gary R. Brown, United States District Judge, having been filed on December 9, 2025; adopting the October 3, 2025 Sua Sponte Report and Recommendation of United States Magistrate Judge Steven Tiscione in its entirety; dismissing this action for failure to comply with Rule 4 of the Federal Rules of Civil Procedure; denying *in forma pauperis* status for the purpose of any appeal; and respectfully directing the Clerk of Court to enter judgment and mark this case closed, it is

**ORDERED AND ADJUDGED** that plaintiff Zhiming Zhu take nothing of defendants; that this action is dismissed for failure to comply with Rule 4 of the Federal Rules of Civil Procedure; that *in forma pauperis* status is denied for the purpose of any appeal; and that this case is closed.

Dated: December 9, 2025
Central Islip, New York

BRENNA B. MAHONEY
CLERK OF COURT
BY: /S/ JAMES J. TORITTO
DEPUTY CLERK